COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION

Appellate case name:        Walter Nelson v. The State of Texas

Appellate case number:    01-18-00714-CR

Trial court case number:    1484407

Trial court:                232nd District Court of Harris County

Appellant's court-appointed counsel, Richard K. Oliver, filed a third motion for extension of time in which to file appellate brief on March 21, 2019, seeking until April 21, 2019. Then on March 25, 2019, counsel filed appellant's brief concluding that the above-referenced related appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). Accordingly, appellant's third motion for an extension of time to file appellate brief is **granted**, nunc pro tunc, until March 25, 2019.

However, although counsel's *Anders* brief states that he has sent a copy of his motion to withdraw, along with the notice required by *Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014), to the pro se appellant, counsel has not filed a motion to withdraw with the Clerk of this Court. If appointed counsel believes that an appeal is frivolous, counsel must request permission to withdraw. *See Anders*, 386 U.S. at 744. An *Anders* brief must accompany a motion to withdraw, neither the brief nor the motion may be filed on its own. *See id.*; *In re Schulman*, 252 S.W.3d 403, 406–08 (Tex. Crim. App. 2008).

Accordingly, the Court **orders** appellant's appointed counsel, **Richard K. Oliver**, to file the required motion to withdraw with the Clerk of this Court **within 10 days of the date of this order**. *See* TEX. R. APP. P. 6.5; *Schulman*, 252 S.W.3d at 410, 412.

It is so ORDERED.
Judge's signature: __/s/ Evelyn V. Keyes_____
                        x  Acting individually     ☐ Acting for the Court
Date: __April 23, 2019___